# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN - 1 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>ERNESTO URIBE-SANCHEZ,<br><br>               Defendant. | CASE NO. 10CR1424-WQH<br><br>**JUDGMENT OF DISMISSAL**<br><br>BKG #19077298 |

       IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case, 10CR1797-WQH, against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

___    of the offense(s) of:

       IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: May 28, 2010

_____
WILLIAM MCCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____